IN THE MATTER OF JOSEPH E. WEATHERFORD, JR.
(SUPREME COURT DISCIPLINARY No. 763)
(387 SE2d 894)

PER CURIAM.

Joseph E. Weatherford, Jr., was indicted by the grand jury for the offense of forgery of a document purporting to be an order of a superior court. He pleaded guilty and was sentenced under the provisions of the first offender statute, Ga. L. 1968, p. 324. Weatherford filed a petition for voluntary discipline in the form of the surrender of his license to practice law.

The special master recommended that the petition be granted.

We agree. Voluntary surrender of a license is the equivalent to disbarment. Joseph E. Weatherford, Jr.'s application for the voluntary surrender of his license to practice law is granted.

*All the Justices concur.*

DECIDED DECEMBER 1, 1989.

*William P. Smith III, General Counsel State Bar, Joe David Jackson, Assistant General Counsel State Bar,* for State Bar of Georgia.